JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main

November 15, 2026

**MEMO ENDORSED**

**VIA ECF**
The Hon. Jessica G. L. Clarke
United States District Judge
U.S.D.C. for the S.D.N.Y.
300 Quarropas Street, Courtroom 320
White Plains, NY 10601

**Re: *Clarke, et al. v. International Business Machines Corporation***
**26 Civ. 8179 (JGLC)**

Dear Judge Clarke**:**

We represent Defendant International Business Machines Corporation ("Defendant") in the above-referenced matter. We write, pursuant to Paragraph 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request (1) an extension of Defendant's deadline to answer, move, or otherwise respond to the Complaint from November 16, 2026, to December 16, 2026, and (2) an adjournment of the initial conference currently scheduled for December 17, 2026 (ECF No. 5), to February 1, 2027 (45 days from the extended responsive pleading deadline) or another date convenient for the Court. Plaintiffs consent to both requests.

This is Defendant's first request for an extension of time to respond to the Complaint and first request to adjourn the initial conference. Defendant requests additional time to respond to the Complaint because we, the undersigned, were recently retained and require additional time to investigate the claims asserted. Defendant's request to adjourn the initial conference is consistent with the Court's September 25, 2026 Order which states that this case will be referred to mediation following the filing of Defendant's Answer, and which scheduled the initial conference to take place in the event of an unsuccessful mediation. See ECF No. 5.

Defendant thanks the Court in advance for its time and consideration of these requests.

Respectfully submitted,

*/s/ Leo T. Ernst*
Leo T. Ernst, Esq.

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, NY 10017
(212) 545-4000
leo.ernst@jacksonlewis.com

*Attorneys for Defendant*

Application GRANTED. Defendant's deadline to answer or otherwise respond to the Complaint is **December 16, 2026**. The parties are reminded that, per the Court's Individual Rules, requests for extensions must be made at least 48 hours prior to the deadline. The Court will not grant any further extensions that do not comply with its Individual Rules. The initial pretrial conference is postponed to **February 11, 2027, at 11:00 a.m.** Counsel will receive log-in credentials via emails listed on the docket, and the public listen-only line is +1 (646) 453-4442, Access Code: 450176208#. The parties' joint status letter and proposed case management plan is due **February 4, 2027**.

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge

Dated: November 16, 2026
White Plains, New York